UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 12-3777-PLA                                              Date September 5, 2012

Title:  Eric A. Marquardt v. AT&T, Inc., et al.

---

PRESENT: THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**         **(IN CHAMBERS)**

The complaint in this action was filed on May 1, 2012.  A proof of service was due no later than **August 29, 2012**.  Accordingly, **no later than September 12, 2012**, plaintiff is ordered to show cause why this action should not be dismissed for failure to prosecute.  Filing of the proof of service by September 12, 2012, shall be deemed compliance with this Order.

**IT IS SO ORDERED**.

cc:      Counsel of Record

Initials of Deputy Clerk     ch

CV-90 (10/98)                                    CIVIL  MINUTES  -  GENERAL