UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES-GENERAL**

Case No.  CV 12-3777-PLA                                                              Date September 5, 2012

Title:  Eric A. Marquardt v. AT&T, Inc., et al.

---

PRESENT: THE HONORABLE    PAUL L. ABRAMS                ☐ U.S. DISTRICT JUDGE
                                                        ☒ MAGISTRATE JUDGE

|  Christianna Howard  |  N/A  |  N/A  |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**            **ATTORNEYS PRESENT FOR DEFENDANTS:**
                  NONE                                               NONE

**PROCEEDINGS:**        **(IN CHAMBERS)**

The complaint in this action was filed on May 1, 2012.  A proof of service was due no later than **August 29, 2012**.  Accordingly, **no later than September 12, 2012**, plaintiff is ordered to show cause why this action should not be dismissed for failure to prosecute.  Filing of the proof of service by September 12, 2012, shall be deemed compliance with this Order.

**IT IS SO ORDERED**.

cc:     Counsel of Record

                                                                Initials of Deputy Clerk      ch

CV-90 (10/98)                          CIVIL  MINUTES  -  GENERAL